UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:19-mj-00745-BNW |
|---|---|
| Plaintiff, | |
| v. | **JOINT STATUS REPORT** |
| JESUS MORALES-LOPEZ, | |
| Defendant. | |

In anticipation of the upcoming status check scheduled for Monday, April 12, 2021, the parties, Christopher Chiou, Acting United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine Tanaka, Assistant Federal Public Defender, counsel for Jesus Morales-Lopez, file this Joint Status Report.

The parties state as follows:

1. Mr. Morales-Lopez has not had any adverse law enforcement contact or been to Lake Mead for the last 6 months. He has completed the DUI and Victim Impact class.

2. Mr. Morales-Lopez has not yet completed the Alcohol Awareness class or paid the $510 fine.

3. Mr. Morales-Lopez is requesting 30-days to complete the remaining conditions.

| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|---|---|
| By /s/ Katherine Tanaka<br>KATHERINE TANAKA<br>Assistant Federal Public Defender | By /s/ Christopher Burton<br>CHRISTOPHER BURTON<br>Assistant United States Attorney |

**ORDER**

**IT IS SO ORDERED**

DATED: 4:55 pm, April 15, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**