# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-mj-00745-BNW |
| Plaintiff, | |
| v. | **JOINT STATUS REPORT** |
| JESUS MORALES-LOPEZ, | |
| Defendant. | |

The parties, Christopher Chiou, Acting United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine Tanaka, Assistant Federal Public Defender, counsel for Jesus Morales-Lopez, file this Joint Status Report.

The parties state as follows:

1. Mr. Morales-Lopez has completed the Alcohol Awareness class.

2. Mr. Morales-Lopez has not yet paid the $510 fine. Mr. Morales-Lopez's brother, who paid his bond, is currently out of the country. Thus, Mr. Morales-Lopez is requesting an additional 30-days to submit the bond form and pay any remaining balance of the fine.

RENE L. VALLADARES
Federal Public Defender

CHRISTOPHER CHIOU
Acting United States Attorney

By /s/ Katherine Tanaka
KATHERINE TANAKA
Assistant Federal Public Defender

By /s/ Christopher Burton
CHRISTOPHER BURTON
Assistant United States Attorney

## ORDER

**IT IS SO ORDERED**

**DATED:** 5:07 pm, May 24, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**