RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Jesus Morales-Lopez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-mj-00745-BNW |
| Plaintiff, | **STIPULATION TO CLOSE CASE** |
| v. | (First Request) |
| JESUS MORALES-LOPEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Acting United States Attorney Christopher Chiou and Special Assistant United States Attorney Rachel L. Kent, counsel for the United States of America, and Federal Public Defender Rene L. Valladares and Assistant Federal Defender Katherine Tanaka, counsel for Jesus Morales-Lopez, that this case be closed.

/ / /

/ / /

/ / /

This Stipulation is entered into for the following reasons:

1. Mr. Morales-Lopez has paid the $510 fine.

2. All conditions have been fulfilled. Thus, the parties request this case be closed.

DATED this 29th day of June 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By */s/ Katherine Tanaka*<br>KATHERINE TANAKA<br>Assistant Federal Public Defender | By */s/ Rachel Kent*<br>RACHEL KENT<br>Special Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS MORALES-LOPEZ,<br><br>Defendant. | Case No. 2:19-mj-00745-BNW<br><br>**[PROPOSED] ORDER** |

**ORDER**

Based on the pending Stipulation of counsel, the Court finds Defendant has successfully completed the conditions of his sentencing.

IT IS THEREFORE ORDERED that the case is closed.

DATED this 30th day of June 2021.

_____
UNITED STATES MAGISTRATE JUDGE